UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Kern Printing, Inc.                    Chapter 7
                                           Case No. 09-58904-SWR
              Debtor.              Hon. Steven W. Rhodes
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The attached check in the amount of $.72, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. .347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 1 | Yellow Book USA (MPM)<br>C/O RMS Bankruptcy Recovery System<br>P.O. Box 5126<br>Maryla, Maryland 21094 | $ .29 |
| 2. | United Parcel Services<br>C/O RMS Bankruptcy Recovery System<br>P.O. Box 5126<br>Maryla, Maryland 21094 | $ .27 |
| 4 | Sun Chemical Corp.<br>5000 Spring Grove Ave.<br>Cincinnati, OH 45232 | $ .16 |

                                                     **TOTAL:**         **$ .72**

Dated:    10/4/2010                           /s/ Frederick J. Dery
                                                          Frederick J. Dery, Trustee
                                                          803 W. Big Beaver
                                                          Suite 353
                                                          Troy, MI 48084
                                                          fdery@fredjdery.com